UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
OCT 2 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| TEAMSTERS LOCAL UNION #948, ) | 2:06-CV-1524 WBS GGH |
| ) | |
| Plaintiff, ) | NEW CASE NUMBER: |
| ) | |
| v. ) | (TO BE ASSIGNED) |
| ) | |
| NATIONAL ASSOCIATION OF BUSINESS ) | |
| REPRESENTATIVES, ) | |
| ) | **ORDER FOR TRANSFER OF ACTION** |
| Defendant. ) | **AND REASSIGNING CASE** |
| ) | |

It appearing that this matter is related to action 1:06-cv-00841 OWW DLB, <u>National Association of Business Representatives vs Teamsters Local Union #948</u>, and all parties having agreed that these matters should be related,

IT IS HEREBY ORDERED that this action be transferred from the Sacramento division of this Court to the Fresno division, and that it be directly assigned to the docket of Senior United States District Judge Oliver W. Wanger and to United States Magistrate Judge Dennis L. Beck.

The scheduling conference in this matter is re-set for November 8, 2006, at 8:45 a.m. before Judge Wanger in Courtroom Three in Fresno.

Dated: 10-18-06         _____
                         OLIVER W. WANGER
                         United States District Judge

1