1  SYLVIA BUFANDA COURTNEY, SBN 85434
   4517 Largo Cantata
2  Las Vegas, Nevada 89135
   Telephone: (702) 240-2698
3  Facsimile: (702) 240-2697

4

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION #948 ) | **No.** 1:06-CV-1492-OWW-DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER EXTENDING TIME |
| ) | FOR FILING OF JOINT STATUS REPORT AND |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| NATIONAL ASSOCIATION OF BUSINESS ) | Date:    November 8, 2006 |
| REPRESENTATIVES, ) | Time:    8:45 a.m. |
| ) | Dept:    Courtroom 5 |
| Defendant. ) | |
| ) | Hon. Oliver W. Wanger |

The parties to the above-entitled action hereby stipulate and request the Court to approve an extension of time for filing of the Joint Status Report in the above entitled case and for a continuance of the Status Conference currently set for November 8, 2006 until December 13, 2006 at 8:45 a.m.

IT IS SO STIPULATED.

Dated:   November 6, 2006            COURTNEY LAW OFFICES


                                     /s/ Sylvia Courtney
                                     SYLVIA COURTNEY
                                     Attorney for Defendant

Dated:   November 6, 2006            WEINBERG, ROGER & ROSENFELD


                                     /s/David A. Rosenfeld
                                     DAVID A. ROSENFELD
                                     Attorney for Plaintiff

//

Stipulation and Order, Case No. 1:06-CV-1492-OWW-DLB                                    -1-

1                                                           ORDER

3      Pursuant to the above amended stipulation of the parties, the deadline for filing the parties' Joint Status Report is continued pursuant to local rules and the Status Conference currently scheduled for November 8, 2006 is continued until December 13, 2006, at 8:45 a.m.

IT IS SO ORDERED.

**Dated:**   **November 7, 2006**                     **/s/ Oliver W. Wanger**
emm0d6                                      UNITED STATES DISTRICT JUDGE